# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Thomas A. Gassner,<br><br>Debtor.<br><br><br>Gassner v. Gassner et al | Case No.: 10-27435 - E - 7<br>Adv No.: 19-02038<br><br>Docket Control No.:<br>Document No.: 20<br><br>Date: 09/03/2020<br>Time: 10:30 AM<br><br>Dept: E |

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Continued Status Conference in this Adversary Proceeding having been conducted by the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the Status Conference is continued to 11:00 a.m. on January 21, 2021 (specially set date and time). In light of the related adversary proceeding *Husted v. MEPCO et al.*, the court has stayed this Adversary Proceeding pending further order of the court.

Dated: September 09, 2020

By the Court

_____
Ronald H. Sargis, Judge
United States Bankruptcy Court